**Dismissed and Memorandum Opinion filed August 27, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00471-CV

_____

**DEBORAH CHITESTER, Appellant**

**V.**

**REALM PROPERTIES AND AUGUSTINA OKORONKWO, SANNI IBRAHIM, Appellees**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-15913**

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed March 4, 2019. Appellant filed a timely motion to reinstate on April 3, 2019. When appellant has filed a timely post-judgment motion, the notice of appeal must be filed within 90 days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a). Appellant's notice of appeal was due June 3, 2019 and appellant filed her notice of appeal on June 7, 2019, a date within 15 days of the due date for the notice of appeal. *See*

*Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. On August 6, 2019, we ordered appellant to file a proper motion to extend time to file the notice of appeal on or before August 16, 2018. *See* Tex. R. App. P. 26.3; 10.5(b). Appellant did not file a motion. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer